UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE: Carlos Neiman

2:16-cv-02331-JAD-CWH

**Order Granting Application for Appointment of Commissioner**

[ECF No. 1]

Assistant United States Attorney Troy K. Flake has submitted an application to be appointed Commissioner in order to issue a subpoena to obtain the will of Carlos Neiman and documents regarding the Monty Trust and Neiman Family Trust for the purpose of answering and executing the Letter Rogatory issued by the National Court of First Instance of Buenos Aires, Argentina, on February 12, 2014.[1]  Having reviewed the application and supporting documents, including the translated Letter Rogatory, I exercise my authority under 28 U.S.C. § 1782(a) to appoint AUSA Flake as Commissioner in this matter.[2]

Accordingly, IT IS HEREBY ORDERED that **Troy K. Flake is appointed Commissioner in this matter and may undertake the actions necessary to effectuate the answering and execution of the Letter Rogatory issued by the National Court of First Instance in Civil Matter No. 89 of Buenos Aires, Argentina, on February 12, 2014, in accordance with 29 U.S.C. § 1782 and the Federal Rules of Civil Procedure.**

Dated this 7th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 1.

[2] *See also In Re Letters Rogatory from the Tokyo Dist., Tokyo Japan*, 539 F.2d 1216, 1218–18 (9th Cir. 1976); *United States v. Sealed 1*, 235 F.3d 1200, 1206 (9th Cir. 2000).